JS-6

1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  PATRICK WILLIAM SNYDER, CSBN 260690
6  Special Assistant United States Attorney
7        Social Security Administration, Region IX
8        160 Spear St., Suite 800
         San Francisco, CA  94105
9        Telephone: 415-977-8927
         Facsimile: 415-744-0134
10       e-mail: Patrick.Snyder@ssa.gov
11 Attorneys for Defendant

12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15 DERWIN ROBERSON,                )  Case No. 8:20-cv-00723-SP
                                   )  JUDGMENT OF REMAND
16           Plaintiff,            )
                                   )
17 vs.                             )
                                   )
18 ANDREW SAUL,                    )
                                   )
19 Commissioner of Social Security,)
                                   )
20           Defendant.            )
   _____)
21       The Court, having approved the parties' Stipulation to Voluntary Remand

22 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

23 ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

24 of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

25 above-captioned action is remanded to the Commissioner of Social Security for further

26 proceedings consistent with the Stipulation to Remand.

27

28 DATED:  April 7, 2021          _____

                                  HON. SHERI PYM
                                  UNITED STATES MAGISTRATE JUDGE

                                  -1-